## TV PIX, INC., ET AL. *v.* ALLARD ET AL., COMMIS-SIONERS OF THE PUBLIC SERVICE COMMISSION OF NEVADA.

No. 79. Decided October 9, 1967.

*George M. McMillan* and *Paul A. Richards* for appellants.

*Harvey Dickerson*, Attorney General of Nevada, for appellees.

PER CURIAM.

The judgment is vacated and the case is remanded to the District Court to give that court an opportunity to consider the appellants' motion to file a supplemental complaint based upon changes in the relevant Nevada law.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

## STRICKLAND *v.* MISSISSIPPI.

No. 269, Misc. Decided October 9, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.